PS:GA:PC/MB
F.# 2008R02060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -against-

RALPH NICOLETTI,
MICHAEL CONTRERAS and
BRIAN CARRANZA,

        Defendants.

- - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., § 241
and 3551 et seq.)

THE GRAND JURY CHARGES:

CONSPIRACY TO INTERFERE WITH VOTING RIGHTS

On or about and between November 4, 2008 and November 5, 2008, both dates being approximate and inclusive, within the Eastern District of New York, the defendants RALPH NICOLETTI, MICHAEL CONTRERAS and BRIAN CARRANZA, together with others, did knowingly and intentionally conspire to injure, oppress, threaten, and intimidate African-American citizens of Staten Island, New York, in the free exercise and enjoyment of a right secured to those citizens by the Constitution and laws of the United States, and because of having so exercised that right,

2

to wit, the right to vote as recognized by the Constitution and laws of the United States.

(Title 18, United States Code, Sections 241 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

---

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

NEW YORK FEDERAL COURT

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: __United States v. Nicoletti, et al.__

2. Related Magistrate Docket Number(s)_____

   None ( )

3. Arrest Date: __N/A__

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                More than 6 weeks   (   )

7. County in which the cause of action arose: __Richmond County__
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes  ( ) No

9. Have arrest warrants been ordered?                     (X) Yes  ( ) No

                                                BENTON J. CAMPBELL
                                                UNITED STATES ATTORNEY

                                        By:     PAMELA K. CHEN
                                                Assistant U.S. Attorney/
                                                Special Assistant U.S. Attorney

Rev. May 29, 1996