

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. # 2008R02060

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 22, 2009

<u>Via Facsimile and Regular Mail</u>
Robert LaRusso, Esq.
300 Old Country Road
Suite 341
Mineola, NY 11501

Re: United States v. Ralph Nicoletti, et al.
<u>Criminal Docket No. 09-002 (CBA)</u>

Dear Mr. LaRusso:

Enclosed is your client's criminal history report.

Very truly yours,

BENTON J. CAMPBELL
United States Attorney

By: _____/s/_____
Pamela K. Chen
Margo K. Brodie
Assistant U. S. Attorneys

Encl.

cc: (w/o encl.) (via ECF)
Clerk of the Court