FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 - 2009 ★

BROOKLYN OFFICE

PS:GA:PC/MB
F.# 2008R02060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

RALPH NICOLETTI,

Defendant.

- - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 09-002(S-1)(CBA)
(T. 18, U.S.C., §§
245(b)(4)(A), 2 and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Racially Motivated Interference with Voting Rights - John Doe 1)

On or about and between November 4, 2008 and November 5, 2008, both dates being approximate and inclusive, within the Eastern District of New York, the defendant RALPH NICOLETTI, by force and threat of force, did knowingly and wilfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with John Doe 1, whose identity is known to the United States Attorney, which acts resulted in bodily injury and included the use and threatened use of a dangerous weapon, because John Doe 1 was and had been, and in order to intimidate him from, participating without discrimination on account of race and color, in a benefit and activity described in Subparagraph (1)(A) of Title 18, United States Code, Section 245(b), to wit, voting.

(Title 18, United States Code, Sections 245(b)(4)(A), 2

and 3551 et seq.)

## COUNT TWO
(Racially Motivated Interference with Voting Rights - John Doe 2)

On or about and between November 4, 2008 and November 5, 2008, both dates being approximate and inclusive, within the Eastern District of New York, the defendant RALPH NICOLETTI, by force and threat of force, did knowingly and wilfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with John Doe 2, which acts resulted in bodily injury and included the threatened use of a dangerous weapon, because John Doe 2 was and had been, and in order to intimidate him from, participating without discrimination on account of race and color, in a benefit and activity described in Subparagraph (1)(A) of Title 18, United States Code, Section 245(b), to wit, voting.

(Title 18, United States Code, Sections 245(b)(4)(A), 2 and 3551 et seq.)

## COUNT THREE
(Racially Motivated Interference with Voting Rights - John Doe 3)

On or about and between November 4, 2008 and November 5, 2008, both dates being approximate and inclusive, within the Eastern District of New York, the defendant RALPH NICOLETTI, by force and threat of force, did knowingly and wilfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with John Doe 3, whose identity is known to the

United States Attorney, which acts resulted in bodily injury and included the threatened use of a dangerous weapon, because John Doe 3 was and had been, and in order to intimidate him from, participating without discrimination on account of race and color, in a benefit and activity described in Subparagraph (1)(A) of Title 18, United States Code, Section 245(b), to wit, voting.

(Title 18, United States Code, Sections 245(b)(4)(A), 2 and 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, _____

_____

Dated: Brooklyn, New York

    United States Attorney,
    Attorney for _____

To: _____

_____

    Attorney for _____

SIR:
PLEASE TAKE NOTICE that the within is a true copy of Information Duly entered herein on the _____ day of _____ , in the office of the Clerk of the Eastern District of

New York,
Dated: Brooklyn, New York
    February 2, 2009

    United States Attorney, PAMELA CHEN
    Attorney for  EDNY

To:
_____
_____

    Attorney for _____

---

Criminal Action  No. CR-09-002(S-1)(CBA)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

RALPH NICOLETTI,

                              Defendant.

## SUPERSEDING
## INFORMATION

( T. 18, U.S.C., § 245(b)(4)(A) 2 and 3551 et seq.)

BENTON J. CAMPBELL
United States Attorney
271 Cadman Plaza East
Brooklyn, New York 11201

Due Service of a copy of the within _____ is hereby admitted.

Dated: _____ , 2009

Attorney for _____

PAMELA CHEN (718) 254-7575